# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN M. ROCK
SENIOR ASSOCIATE

EMMA J. COLE
LEGAL ASSISTANT

February 14, 2020

**Via ECF**
Hon. Richard J. Sullivan
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

Re: **United States v. Burgess et al., 18-CR-373**

Dear Judge Sullivan,

In response to this Court's Order (Docket Entry 607), Mr. Gordon does not wish to withdraw his guilty plea and does not seek a Fatico hearing. Moreover, we do not dispute the criminal history category set forth in Probation's June 11, 2019 revised PSR. Accordingly, request is respectfully made for a date for sentencing during the week of March 16, 2020 or to a date thereafter convenient for the Court.

Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.  Karin Portlock,
*Assistant United States Attorney*

Lloyd Gordon

```
IT IS HEREBY ORDERED THAT the parties shall appear for sentencing in this matter on Wednesday,
March 18, 2020 at 3:00 p.m.  The sentencing shall be held in Courtroom 11B of the Daniel
Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.

Dated:     February 18, 2020
           New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation
```