UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LLOYD GORDON,

          Defendant.

No. 18-cr-373-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the government shall file a letter by Friday, April 3, 2020, setting forth the reasons for its opposition to defendant's motion for a temporary release from custody pending sentencing (ECF No. 642).

SO ORDERED.

Dated:    April 2, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation