# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

ERIC GROSSFELD
ASSOCIATE

EMMA J. COLE
LEGAL ASSISTANT

June 26, 2020

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge[1]
Southern District of New York
New York, NY 10007

    Re:    *United States v. Gordon*, 18-cr-373

Dear Judge Sullivan,

    This letter is respectfully submitted with the consent of the Government to request that the sentencing currently scheduled for July 13, 2020 be adjourned until a date in September 2020 that is convenient for the Court.

    Given the COVID-19 pandemic and the restrictions in place at the MDC, we continue to be unable to meet with Mr. Gordon to prepare for the sentencing. In addition, as the Court is aware, Mr. Gordon has several family members who wanted to attend the sentencing and are unable to travel at this time.

    Accordingly, we request that the sentencing be adjourned until September 2020 or to a date the Court deems appropriate under the circumstances.

    Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Matthew Hellman
Elinor Tarlow
*Assistant United States Attorneys*

IT IS HEREBY ORDERED THAT the sentencing scheduled for July 13, 2020 is adjourned to September 17, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED
Dated: 6/29/20
RICHARD J. SULLIVAN
U.S.D.J.

---

[1] Sitting as a district judge by designation.