# JAMES KOUSOUROS
### ATTORNEY AT LAW

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**EMMA J. COLE**
LEGAL ASSISTANT

October 21, 2020

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
New York, NY 10007

    Re:    *United States v. Gordon*, 18-cr-373

Dear Judge Sullivan,

    This letter is to respectfully request an adjournment of the sentence in the above-captioned matter for an additional three weeks. I underwent surgery last week and my recovery is a bit slower than I had expected. I ask for the additional time in order to be able to prepare for the sentencing and have ample time to meet with Mr. Gordon. I have consulted with the Government and the Government does not object to this request.

    Thank you for your courtesy and consideration.

                                              Respectfully Submitted,

                                              _____/s/_____

                                              James Kousouros, Esq.

c.c.
    Matthew Hellman
    Elinor Tarlow
    *Assistant United States Attorneys*

---

```
IT IS HEREBY ORDERED THAT Defendant Gordon's sentencing is adjourned to November 30,
2020 at 3:00 p.m. in Courtroom 12D at the Daniel Patrick Moynihan Courthouse, 500 Pearl
Street, New York, NY, 10007. In light of the flexibility required to accommodate the
logistics and planning of in-person proceedings during the pandemic, the Court will
reserve (and the parties shall calendar) December 10, 2020 at 3:00 p.m. as an alternate
date for the sentencing. IT IS FURTHER ORDERED THAT Defendant's sentencing submission
shall be filed no later than November 16, 2020, and the government's sentencing
submission shall be filed no later than November 23, 2020. The Court extends its best
wishes to Mr. Kousouros for a speedy recovery.
SO ORDERED.

Dated:     October 21, 2020
           New York, New York
                                              _____
                                              Richard J. Sullivan
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation
```