UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LLOYD GORDON

Defendant.

No 18-cr-373-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order (Doc. No. 735), Defendant Gordon's sentencing will take place on Monday, November 30, 2020 at 3:00 p.m. in Courtroom 12D at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  Due to space restrictions and the logistical challenges of planning in-person proceedings during the COVID-19 pandemic, a public line will be made available during the in-person sentencing.  Members of the public may monitor the proceeding through the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:      November 24, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation