UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LLOYD GORDON<br><br>Defendant. | No 18-cr-373-2 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    Defendant Gordon's sentencing was scheduled to take place yesterday at 3:00 p.m. in Courtroom 12D at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. *See* Doc. Nos. 735 and 753. However, due to his possible exposure to COVID-19, Defendant was placed in quarantine at the Metropolitan Detention Center, Brooklyn and was unable to appear for the sentencing. Accordingly, IT IS HEREBY ORDERED THAT Defendant Gordon's sentencing is adjourned. The Court will confer with the parties regarding appropriate dates for rescheduling the sentencing in light Defendant's mandatory quarantine, after which the Court will issue a separate order setting a new date for the sentencing.

SO ORDERED.

Dated:    December 1, 2020
              New York, New York

                                                _____
                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation