UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LLOYD GORDON,

                    Defendant.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Lloyd Gordon's sentencing is currently scheduled to take place at 2:00 p.m. on January 5, 2021.  (Doc. No. 765.)  On December 21, 2020, defense counsel informed the Court that he will be unavailable for the sentencing until 3:00 p.m.  Accordingly, IT IS HEREBY ORDERED THAT Gordon's sentencing will take place on January 5, 2021 at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  Moreover, the Court has determined that this proceeding complies with Chief Judge McMahon's recent standing order regarding the curtailment of in-person proceedings because (i) Gordon does not consent to a remote sentencing and (ii) the sentencing cannot be postponed as it has already been pending for well over a year, making any further delays inappropriate.  *See generally* Standing Order, 20-mc-622 (CM) (S.D.N.Y. Nov. 30, 2020).  In light of the ongoing COVID-19 pandemic, IT IS FURTHER ORDERED THAT a public line will be made available during the sentencing.  Members of the public may monitor the proceeding through the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:        December 30, 2020
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation