# JAMES KOUSOUROS
### ATTORNEY AT LAW

*~*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

February 4, 2021

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
New York, NY 10007

Re:  *United States v. Gordon*, 18 Cr. 373 (RJS)

Dear Judge Sullivan,

This letter is respectfully submitted to request an additional 14-days to provide a status update and inform the Court as to whether Mr. Gordon wishes to request a Fatico hearing or proceed with sentencing.

The undersigned reviewed the materials provided by the Government. A legal video call was scheduled with Mr. Gordon at the MDC, Brooklyn for January 22, 2021 at 6:30 p.m. The video call did not take place as Mr. Gordon was in quarantine.

A further video call was scheduled for February 3, 2021 at 7:00 p.m. On February 3, 2021 the undersigned received a call from an officer at the MDC, Brooklyn who stated that the scheduled video call could not take place as Mr. Gordon's unit was in quarantine. The undersigned was not able to establish contact with Mr. Gordon thereafter.

Thus, the requested 14-day extension will allow the undersigned to schedule a further call with Mr. Gordon and provide the requested status update to the Court. The Government has no objection to this request.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Matthew Hellman
Elinor Tarlow
Jun Xiang
*Assistant United States Attorneys*

Defendant's request is GRANTED.  Accordingly, IT IS HEREBY ORDERED THAT Defendant's status update is due February 18, 2021.

SO ORDERED: _____

Dated: 02/08/2021    **RICHARD J. SULLIVAN**
U.S.C.J., Sitting by Designation