UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LLOYD GORDON,<br><br>                    Defendant. | No. 18-cr-373 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

On February 26, 2021, Defendant Lloyd Gordon filed a letter indicating that while he is "preserv[ing] [his] objection to the weight of the cocaine base attributed to [him] in the final pre-sentence report," he believes that a *Fatico* hearing is unnecessary and he is prepared to proceed to sentencing. (Doc. No. 793.) Accordingly, IT IS HEREBY ORDERED THAT Gordon's sentencing is scheduled for April 6, 2021 at 10:00 AM. IT IS FURTHER ORDERED THAT Gordon shall file a supplemental sentencing submission no later than March 18, 2021, setting forth his position as to the appropriate drug weight attributable to him. In light of the ongoing COVID-19 pandemic, Gordon shall inform the Court in that submission whether he prefers for his sentencing to occur in person or remotely via videoconference. If the latter, defense counsel shall review with Gordon the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court. IT IS FURTHER ORDERED THAT the government may file a response to Gordon's supplemental submission no later than March 25, 2021.

The Clerk of Court is respectfully directed to terminate the motion pending at document number 793.

SO ORDERED.

Dated:      February 27, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                      -v-

LLOYD GORDON,
                              Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**18-CR-373 (RJS)**

**Check Proceeding that Applies**

____    Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:        _____       _____
                        Print Name                       Signature of Defendant

____    Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced.  I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding.

I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____ _____
      Print Name                              Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____ _____
      Print Name                              Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date: _____
      Signature of Defense Counsel

**Accepted:** _____
              Signature of Judge
              Date: