UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LLOYD GORDON,<br><br>                Supervisee. | No. 18-cr-373-2 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Monday, April 22, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, at which time Mr. Gordon will be presented on the specified violation of supervised release alleged in the Probation Office's April 8, 2024 report.

SO ORDERED.

Dated:    April 12, 2024
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation