UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LLOYD GORDON,<br><br>                Supervisee. | No. 18-cr-373-2 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Friday, June 7, 2024, at 12:00 noon in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, at which time it is anticipated that Mr. Gordon will admit to the specified violation of supervised release set forth in the Probation Office's April 8, 2024 report.

SO ORDERED.

Dated:    May 23, 2024
             New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation