UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LLOYD GORDON,<br><br>                    Supervisee. | Case No. 18-cr-373-2 (RJS)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of William J. Fowkes for admission to practice *Pro Hac Vice* in the above-captioned matter is granted.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. He shall comply with all the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated:  May 31, 2024

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation