UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LLOYD GORDON,<br><br>                    Supervisee. | No. 18-cr-373-2 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　IT IS HEREBY ORDERED THAT the sentencing in this matter, which was previously scheduled for Tuesday, July 9, 2024 at 10:00 a.m., will now take place on Tuesday, July 23, 2024 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, New York, New York, 10007.

SO ORDERED.

Dated:　　July 8, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation